[No. 17091-8-III.    Division Three.    June 10, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. HANS W. GREIFF, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 97-1-00287-2, Robert N. Hackett, Jr., J., entered November 17, 1997. *Affirmed* by unpublished

opinion per Kurtz, J., concurred in by Schultheis, C.J., and Kato, J.